FILED

12-6-07

DEC 0 6 2007    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )    **07CR    806**
vs.                               )
                                  )    Magistrate Judge Nan R. Nolan
KENYATTA COOPER                   )
                                  )

## EX PARTE MOTION TO SEAL COMPLAINT, AFFIDAVIT AND WARRANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal

Complaint, the Affidavit, the Arrest Warrant and this motion to seal and proposed order for 30 days,

through and including January 5, 2007, or until the arrest of defendant Kenyatta Cooper, whichever

occurs first. The government requests, however, that law enforcement officials be able to enter the

arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the

defendant. As grounds for the motion, the government states that disclosure of these materials could

seriously jeopardize an ongoing criminal investigation.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:    _____
SHOSHANA L. GILLERS
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5310