RECEIVED
12-6-07
DEC 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR 806 |
| vs. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| KENYATTA COOPER | ) | |

## ORDER

Upon the government's motion to seal the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and this Order, it is hereby FOUND AND DETERMINED THAT:

A. Disclosure of the materials sought to be sealed could reveal details of the government's investigation.

B. Disclosure of the materials sought to be sealed could hamper the government's investigation and prosecution.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The government's motion is granted.

2. The Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and this Order shall be sealed for a period of 30 days, through and including January 5, 2007, or until the arrest of the defendant, whichever occurs first. This Order shall not prevent the entry of information relating to the arrest warrant into appropriate law enforcement data bases to assist in the arrest of the defendant.

Nan R. Nolan
NAN R. NOLAN
United States Magistrate Judge

DATED: 12/06/07