Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 12/6/2007 |
| **CASE TITLE** | USA vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

Warrant of Arrest to issue as to Kenyatta Cooper.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|