# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/18/07. Defendant informed of rights. Government moves for detention. Detention hearing set for 12/21/07 at 10:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|