# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 12/28/07 at 1:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | mm |
|---|---|---|

