UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 07 CR 806 |
| | ) | | 06 GJ 354 |
| v. | ) | | |
| | ) | | |
| KENYATTA COOPER | ) | Chief Judge James F. Holderman |
| | ) | | |

NOTICE OF FILING

       PLEASE TAKE NOTICE that on JANUARY 8, 2008,  the undersigned filed with the Clerk of this Court, GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h), service of the notice is being made upon you.

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Shoshana L. Gillers
SHOSHANA L. GILLERS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5310

CERTIFICATE OF SERVICE

       The undersigned Assistant United States Attorney hereby certifies that the following documents:
              GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME
              TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)
was served on JANUARY 8, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Shoshana L. Gillers
SHOSHANA L. GILLERS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5310