UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 806 |
| | ) | |
| v. | ) | |
| | ) | |
| KENYATTA COOPER | ) | Chief Judge James F. Holderman |
| | ) | |

**GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8), for a 60-day extension of time, to and including April 16, 2008, in which to seek the return of an indictment against the defendant, for the following reasons:

1. The government charged the defendant by way of criminal complaint on December 6, 2007, with distributing a controlled substance in violation of 21 U.S.C. § 841(a)(1). The complaint alleges that defendant distributed in excess of 50 grams of cocaine base in the form of crack cocaine on or about May 17, 2007.

2. On December 18, 2007, the defendant was arrested.

3. On January 10, 2008, this Court granted the Government's First Unopposed Motion to Return Indictment, granting a 30-day extension, from January 17, 2008, to and including February 16, 2008.

4. A number of factors have led to the government's second request for extension. Those factors are stated in the Attachment hereto, which the government respectfully requests be placed under seal. The government is requesting that this Attachment be sealed so as not to

compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

5.  Given the reasons stated in the government's sealed Attachment, the remaining time available to the government will not be sufficient.  The United States estimates that a 60-day extension from the current expiration date of February 16, 2008, to and including April 16, 2008, will be sufficient time within which to return an indictment in this matter.

6.  Among the factors identified by Congress as relevant to the determination whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(8)(B), which provide in relevant part:

> Whether the failure to grant such continuance in a case which, taken as a whole, is not so unusual or so complex . . . , would deny counsel for . . . the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(8)(B)(iv).

7.  The government respectfully submits that the 60-day continuance is warranted in this case pursuant to the forgoing provision.  The government has been conducting a diligent and thorough investigation in this case, but factors warranting an extension of time (as cited in the government's Attachment) exist.  The government cannot complete its investigation and appropriately conclude the investigation within the time allowed under Section 3161(b) of the Speedy Trial Act as currently extended.

8.  Counsel for defendant does not object to this motion.

WHEREFORE, the United States respectfully requests a 60-day extension of time from February 16, 2008, to and including April 16, 2008, in which to seek an indictment in this case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


By:    s/ Shoshana L. Gillers
        SHOSHANA L. GILLERS
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 353-5310

Dated: February 6, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 806 |
| | ) | |
| v. | ) | |
| | ) | |
| KENYATTA COOPER | ) | Chief Judge James F. Holderman |
| | ) | |

CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that the following documents:

    GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)

was served on FEBRUARY 6, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              s/ Shoshana L. Gillers
                                              SHOSHANA L. GILLERS
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-5310