# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

Government's second unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [18] is granted.  ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendants be extended from February 16, 2008, to and including April 16, 2008. X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|