# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | United States of America vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

Status hearing held. The government's oral motion to revise the conditions of release to include that the defendant shall not operate a motor vehicle without a valid drivers license is granted.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | mm |
|---|---|---|