UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 07 CR 806 |
| | ) | | 06 GJ 354 |
| v. | ) | | |
| | ) | | |
| KENYATTA COOPER | ) | Chief Judge James F. Holderman | |
| | ) | | |

## GOVERNMENT'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8), for a 30-day extension of time, to and including May 16, 2008, in which to seek the return of an indictment against the defendant, for the following reasons:

1. The government charged the defendant by way of criminal complaint on December 6, 2007, with distributing a controlled substance in violation of 21 U.S.C. § 841(a)(1). The complaint alleges that defendant distributed in excess of 50 grams of cocaine base in the form of crack cocaine on or about May 17, 2007.

2. On December 18, 2007, the defendant was arrested.

3. On January 10, 2008, this Court granted the Government's First Unopposed Motion to Return Indictment, granting a 30-day extension, from January 17, 2008, to and including February 16, 2008.

4. On February 7, 2008, this Court granted the Government's Second Unopposed Motion to Return Indictment, granting a 60-day extension, from February 16, 2008, to and including April 16, 2008.

5.      A number of factors have led to the government's third request for extension. Those factors are stated in the Attachment hereto, which the government respectfully requests be placed under seal. The government is requesting that this Attachment be sealed so as not to compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

6.      Given the reasons stated in the government's sealed Attachment, the remaining time available to the government will not be sufficient. The United States estimates that a 30-day extension from the current expiration date of April 16, 2008, to and including May 16, 2008, will be sufficient time within which to return an indictment in this matter.

7.      Among the factors identified by Congress as relevant to the determination whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(8)(B), which provide in relevant part:

> Whether the failure to grant such continuance in a case which, taken as a whole, is not so unusual or so complex . . . , would deny counsel for . . . the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(8)(B)(iv).

8.      The government respectfully submits that the 30-day continuance is warranted in this case pursuant to the forgoing provision. The government has been conducting a diligent and thorough investigation in this case, but factors warranting an extension of time (as cited in the government's Attachment) exist. The government cannot complete its investigation and appropriately conclude the investigation within the time allowed under Section 3161(b) of the Speedy Trial Act as currently extended.

9.      Counsel for defendant does not object to this motion.

      WHEREFORE, the United States respectfully requests a 30-day extension of time from April 16, 2008, to and including May 16, 2008, in which to seek an indictment in this case.

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

                By:    /s/ Shoshana L. Gillers
                              SHOSHANA L. GILLERS
                              Assistant United States Attorney
                              United States Attorney's Office
                              219 South Dearborn Street
                              Chicago, Illinois  60604
                              (312) 353-5310

Dated: March 31, 2008