# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 4/30/2008 |
| **CASE TITLE** | United States of America vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

A hearing is set for 5/8/08 at 11:15 a.m. for Pretrial Service's request for a rule to show cause why defendant's bond should not be revoked.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | mm |