# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | United States of America vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

Hearing on rule to show cause why bond should not be revoked is entered and continued to 6/10/08 at 10:00 a.m. The Court revises the order setting conditions of release to include drug treatment counseling, including inpatient treatment if recommended by pretrial. All other conditions of release, including the amendments made in February, are to remain in effect.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|