

**FILED**

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS     J N    MAY X 8 2008
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 806 |
| ) | Violation: Title 21, United States |
| KENYATTA COOPER ) | Code, Section 841(a)(1) |
| ) | |
| ) | **JUDGE MANNING** |

The SPECIAL JUNE 2007 GRAND JURY charges:    **MAGISTRATE JUDGE NOLAN**

On or about May 17, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

KENYATTA COOPER,

defendant herein, knowingly and intentionally distributed a controlled substance, namely in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY