## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 806 - 1 | **DATE** | 5/16/2008 |
| **CASE TITLE** | U.S.A. vs. Kenyatta Cooper | | |

**DOCKET ENTRY TEXT**

(Defendant Kenyatta Cooper only). Arraignment and plea held on 5/16/2008. Defendant enters a plea of not guilty to all Counts in the indictment. 16.1(A) conference to be held by 5/21/2008. Pretrial motions to be filed by 6/4/2008. Responses to the motion to be filed by 6/18/2008. Replies to be filed by 7/2/2008. Status hearing set before Judge Manning on 6/5/2008 at 11:00 a.m. Same bond to stand. Time is excluded pursuant to 18 USC §3161(h)(1)(F). X-E.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|