IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.  1:07-CR-806 |
| | ) | |
| v. | ) | |
| | ) | Judge Manning |
| KENYATTA COOPER | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

Defendant KENYATTA COOPER, by through the LAW OFFICES OF ROBERT D. KUZAS LTD., respectfully request this Honorable Court extend the time in which the defendant may file any pretrial motions. In support thereof the defendant states as follows:

1. The Law Offices of Robert D. Kuzas by Phillip J. Oliver filed an appearance on May 16, 2008 on behalf of the defendant in this matter. (*See* Dkt. 35.)

2. Defense Counsel is still in the process of reviewing the discovery in this matter, *inter alia*, to determine if any pretrial motions should be filed.

3. The government will not be prejudiced by granting the relief requested in this motion.

WHEREFORE, Defendant COOPER respectfully request that he be given until June 18, 2008 to file any pretrial motions in the above captioned matter.

Respectfully submitted,

/s/ Phillip J. Oliver

Law Offices of Robert D. Kuzas, Ltd.
222 North LaSalle St. Suite # 200
Chicago, IL 60601
312.629.1400

- 1 -