IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No.  1:07-CR-806 |
| ) | |
| v. ) | |
| ) | Judge Manning |
| KENYATTA COOPER ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  **Clerk of the United States**     **AUSA Shoshana Gillers**
       **District Court**                             US Attorney's Office
       219 S. Dearborn 20th Floor     219 S. Dearborn 5th Floor
       Chicago, IL 60604                       Chicago, IL 60604

       **Courtroom Deputy of Judge Manning**
       **Robbie T. Hunt**
       219 S. Dearborn Room 2132
       Chicago, IL 60604

PLEASE TAKE NOTICE that on June, 5 2008 at 11:00 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning or any judge sitting in his stead in courtroom 2125 at the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

      I, Phillip Oliver, an attorney, certify that on June 4, 2008 I served electronically and caused a hard copy of this Notice with the attached DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS upon each party to whom this Notice is addressed.

                                                                   /s/ Phillip J. Oliver

Law Offices of Robert D. Kuzas, Ltd.
222 North LaSalle St. Suite # 200
Chicago, IL  60601
312.629.1400

Case 1:07-cr-00806     Document 38     Filed 06/04/2008     Page 2 of 2