# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                              Case No.: 1:07–cr–00806
                                                Honorable Blanche M. Manning

Kenyatta Cooper

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

 MINUTE entry before the Honorable Blanche M. Manning:as to Kenyatta Cooper; Status hearing held on 6/5/2008. Status hearing set for 7/10/2008 at 01:30 PM. Motion hearing held on 6/5/2008. Defendant's motion for extension of time to 6/20/2008 to file pretrial motions [37] is granted. Time is excluded to 7/10/2008 pursuant to 18 USC §3161(h)(1)(F), (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.