## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                    Case No.: 1:07–cr–00806

                                      Honorable Blanche M. Manning

Kenyatta Cooper

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

MINUTE entry before the Honorable Blanche M. Manning:as to Kenyatta Cooper, Status hearing set for 7/10/2008 is reset to 8/12/2008 at 11:00 AM. Defendant's appearance is waived at the next hearing. Time is excluded to 8/12/2008 pursuant to 18 USC §3161(h)(8)(B)(i). (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.