UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                    Case No.: 1:07−cr−00806
                                                      Honorable Blanche M. Manning

Kenyatta Cooper
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: as to Kenyatta Cooper; Status hearing held on 8/12/2008. Defendant's presence is waived for today's hearing. Status hearing continued to 9/16/2008 at 11:00 A.M. There being no objections, time is excluded to 9/16/2008 pursuant to 18 USC §3161(h)(8)(B)(i). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.